UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THOMAS P. THRASH, Individually and On
Behalf of All Others Similarly Situated,

                        Plaintiff(s),          CASE NO. 07 CV 8665

   -against-                              **AFFIDAVIT OF SERVICE**

CPUN TUDOR LESSEE, L.P., a foreign limited
partnership for profit, d/b/a Tudor Hotel at the
United Nations, and DOES 1-10, inclusive,

                       Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                              s.s:
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 11th day of October, 2007, at approximately 3:40 p.m., deponent served a true copy of the **Summons in a Civil Action; Class Action Complaint; Judges' Rules and ECF Filing Instructions** upon CPUN TUDOR LESSEE, L.P., a foreign limited partnership for profit, d/b/a Tudor Hotel at the United Nations c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Sabrina Ambrose, Process Specialist, who is authorized by appointment to accept service.
      Sabrina Ambrose is a brown-skinned female, approximately 28 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 120 pounds, with short black hair and dark eyes and was wearing glasses.

Sworn to before me this
12th day of October, 2007                           JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010