Sweet, J

RECEIVED
OCT 3 1 2007
JUDGE SWEET CHAMBERS

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS P. THRASH, individually and on )
behalf of himself and all others similarly )
situated, )
    )
    Plaintiff, )   Civil No. 07-8665 (RWS)
    )
v.  )   Class Action
    )
CPUN TUDOR LESSEE, L.P., a foreign )   Jury Trial Demanded
limited partnership for profit, d/b/a/ Tudor )
Hotel at the United Nations, and DOES 1 )
through 10 inclusive, )
    )
    Defendants. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-07

## STIPULATION AND ORDER
## EXTENDING TIME TO ANSWER COMPLAINT

WHEREAS Plaintiff Thomas P. Thrash, individually and on behalf of himself and all others similarly situated, filed a complaint (the "Complaint") in the above-captioned action on October 5, 2007;

WHEREAS the parties have agreed to extend the time for Defendants to answer the Complaint;

IT IS STIPULATED AND AGREED by and between Plaintiff and Defendants, through their undersigned counsel, that the time for Defendants to answer the Complaint is extended by 30 days from October 31, 2007 to November 30, 2007.

IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff and Defendants that fax signatures on this Stipulation are as valid as original signatures and that this Stipulation may be executed in one or more counterparts, all of which shall be considered duplicate originals.

- 1 -

| | |
|---|---|
| *[signature]*<br>Barry R. Ostrager<br>Scott M. Kobak<br>Lisa H. Rubin<br><br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (tel)<br>(212) 455-2502 (fax)<br><br>*Counsel for Defendants* | Jay W. Eisenhofer<br>Keith M. Fleischman<br>Ananda N. Chaudhuri<br><br>GRANT & EISENHOFER P.A.<br>485 Lexington Ave., 29th Floor<br>New York, NY 10017<br>(646) 722-8512 (tel)<br>(646) 722-8501 (fax)<br><br>*Counsel for Plaintiff* |

IT IS SO ORDERED this __31__ day of October, 2007

*[signature]*

Robert W. Sweet
United States District Court Judge

- 2 -

|  |  |
|---|---|
| Barry R. Ostrager<br>Scott M. Kobak<br>Lisa H. Rubin<br><br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (tel)<br>(212) 455-2502 (fax)<br><br>*Counsel for Defendants* | *[signature]*<br>Jay W. Eisenhofer<br>Keith M. Fleischman<br>Ananda N. Chaudhuri<br><br>GRANT & EISENHOFER P.A.<br>485 Lexington Ave., 29th Floor<br>New York, NY 10017<br>(646) 722-8512 (tel)<br>(646) 722-8501 (fax)<br><br>*Counsel for Plaintiff* |

IT IS SO ORDERED this _____ day of October, 2007

---------------------------------
Robert W. Sweet
United States District Court Judge

- 2 -