UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THOMAS P. THRASH, individually and on behalf :
of himself and all others similarly situated,                         :              <u>Via ECF</u>
                                                                      :
                              Plaintiff,                              :
                                                                      :              **NOTICE OF APPEARANCE**
                vs.                                                   :
                                                                      :
CPUN TUDOR LESSEE, L.P., a foreign limited         :              07 Civ. 08665 (RWS) (MHD)
partnership for profit, d/b/a Tudor Hotel at the        :
United Nations, and DOES 1 through 10 inclusive,  :
                                                                      :
                              Defendants.                         :
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Lisa H. Rubin of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant CPUN Tudor Lessee, L.P. in this action and requests that all subsequent papers be served upon her at the following address:

      Lisa H. Rubin, Esq. (LR-4447) (lrubin@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile).

Dated: New York, New York
      December 12, 2007

                          SIMPSON THACHER & BARTLETT LLP

                          By  /s/ Lisa H. Rubin

                          425 Lexington Avenue
                          New York, New York 10017-3954
                          Telephone: (212) 455-2000
                          Facsimile: (212) 455-2502

                          *Attorneys for Defendant CPUN Tudor Lessee, L.P.*