UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Thrash

-v.-

CPUN Tudor

-----------------------------------------------------------X

07 Civ. 8665 (RWS)

Please be advised that the conference scheduled for **Jan 16, 08** has been rescheduled to **Feb 20, 08** at **4:30pm** in Courtroom 18C for controlled PTC.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       1/16/08

ROBERT W. SWEET
United States District Judge