UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS P. THRASH, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPUN TUDOR LESSEE, L.P., a foreign limited partnership for profit, d/b/a/ Tudor Hotel at the United Nations, and DOES 1 through 10 inclusive,<br><br>Defendants. | 07 Civ. 08665 (RWS)<br><br>1-24-08 |

## ORDER GRANTING
## MOTION TO ADMIT ANANDA CHAUDHURI *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Ananda Chaudhuri is permitted to argue and try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated this ____ day of _____, 2008

_____
The Honorable Robert W. Sweet
United States District Court Judge

1-23-08