Sweet/S

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THOMAS P. THRASH, individually and on behalf :
of himself and all others similarly situated, :
:
               Plaintiff, :
:
vs. :   07 Civ. 08665 (RWS) (MHD)
:
CPUN TUDOR LESSEE, L.P., a foreign limited :
partnership for profit, d/b/a Tudor Hotel at the :
United Nations, and DOES 1 through 10 inclusive, :
:
               Defendants. :
-----------------------------------------------------------x

**RECEIVED AUG 1 2 2008 JUDGE SWEET CHAMBERS**

### STIPULATION OF DISMISSAL

      Plaintiff Thomas P. Thrash and Defendant CPUN Tudor Lessee, L.P., by and through their respective counsel, hereby stipulate that all claims and causes of action shall be dismissed with prejudice.

Dated: August 4, 2008

_[signature]_
Keith M. Fleischman (KF 0199)
Ananda N. Chaudhuri (*pro hac vice*)
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Telephone: (646) 722-8512
Fax: (646) 722-8501

*Attorneys for Plaintiff*

_[signature]_
Barry R. Ostrager (BO 5379)
Lisa H. Rubin (LR 4447)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendant*

SO ORDERED:

_[signature]_ Part I
~~Robert W. Sweet~~, United States District Judge
Paul A. Crotty

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08